SEDGWICK LLP
STEPHANIE SHERIDAN (Bar No. 135910)
stephanie.sheridan@sedgwicklaw.com
KELLY SAVAGE DAY (Bar No. 235901)
kelly.savageday@sedgwicklaw.com
ALISON ANDRE (Bar No. 251689)
alison.andre@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104-2835
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

*Attorneys for Defendant*
ALERE HOME MONITORING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FALKENBERG and STEVEN INGARGIOLA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALERE HOME MONITORING, INC.,<br><br>Defendant. | Case No. 3:13-cv-00341-JST<br><br>STIPULATION:<br>(1) FOR EXTENDED BRIEFING SCHEDULE ON MOTION TO DISMISS AND MOTION TO STRIKE; AND<br>(2) TO CONTINUE HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE FROM MAY 30, 2013, TO JUNE 27, 2013; AND<br>(3) TO CONTINUE CASE MANAGEMENT CONFERENCE FROM MAY 15, 2013, UNTIL JUNE 27, 2013<br><br>Judge: Hon. Jon Tigar<br>Ctrm: 9, 19th Floor |

**Pursuant to Local Rules 6-2 and 7-12, plaintiffs John Falkenberg and Steven Ingargiola (collectively "plaintiffs") and defendant Alere Home Monitoring, Inc. ("Alere") agree and stipulate as follows:**

**WHEREAS,** in this action, Alere filed a motion to dismiss and motion to strike, which are pending, with opposition briefs due on April 26, 2013, reply briefs due on May 3, 2013, and the hearing currently set to take place on May 30, 2013;

**WHEREAS** counsel for plaintiffs has a family medical emergency as well as a busy litigation schedule, and therefore respectfully requests an extension in order to meet plaintiffs' current deadline for filing their opposition briefs (Frei-Pearson Decl., ¶ 3);

**WHEREAS** the parties previously stipulated to extend Alere's time to respond to the complaint by six weeks (*Id.* at ¶ 4);

**WHEREAS** this extension will not impact the case's schedule outside of the relief requested in the instant stipulation (*Id.* at ¶ 5);

**NOW, THEREFORE,** plaintiffs and Alere, by and through their attorneys of record, agree and stipulate that:

(1) Plaintiffs' deadline to oppose Alere's motion to dismiss and motion to strike shall be May 24, 2013;

(2) Alere's deadline to file a reply in support of its motion to dismiss and motion to strike shall be June 13, 2013;

(3) The hearing on Alere's motion to dismiss and motion to strike shall be continued to June 27, 2013, at 2:00 p.m.

**Pursuant to Local Rules 6-2, 7-12, and 16-2(e), plaintiffs and Alere further agree and stipulate as follows:**

**WHEREAS** a case management conference is currently scheduled for May 15, 2013;

**WHEREAS** the parties have stipulated to continue the hearing on Alere's motion to dismiss and motion to strike until June 27, 2013;

**WHEREAS** the parties believe that , the case management conference would be more productive and beneficial if it were held at a time when the briefing on Alere's motion to dismiss and motion to strike is complete and the Court is fully apprised of the landscape of this action;

**NOW, THEREFORE,** plaintiffs and Alere, by and through their attorneys of record, agree and stipulate that the case management conference will be continued to June 27, 2013, at 2:00 p.m. so as to coincide with the hearing on Alere's motion to dismiss and motion to strike. ~~In the alternative, should the Court prefer to hold the case management conference on a~~

1  ~~Wednesday, the parties stipulate to continue the case management conference until June 26,~~
2  ~~2013, at 2:00 p.m., or until a date and time that is acceptable to the Court.~~ The parties will
3  submit their joint case management statement five court days prior to the new conference date,
4  and will comply with the deadlines set forth in Fed. R. Civ. Proc. 26 as they relate to this new
5  date.

7  DATED: April 23, 2013            SEDGWICK LLP

10                                   By: /s/ Stephanie Sheridan
                                         STEPHANIE SHERIDAN
11                                       KELLY SAVAGE DAY
                                         ALISON ANDRE
12                                       Attorneys for Defendant
                                         ALERE HOME MONITORING, INC.

15 DATED: April 23, 2013            MEISELMAN, PACKMAN, NEALON,
                                    SCIALABBA & BAKER P.C.

18                                   By: /s/ Jeremiah Frei-Pearson
19                                       JEREMIAH FREI-PEARSON (Pro Hac Vice)
                                         D. Greg Blankinship (Pro Hac Vice)
20                                       Attorneys for Plaintiffs

22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 Dated:   April 23, 2013           _____
                                     Judge of the

IT IS SO ORDERED
AS MODIFIED
Judge Jon S. Tigar

3
Stipulation – Case No. 3:13-cv-00341-JST