1
2
3
4
5
6
7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10  JOHN FALKENBERG and STEVEN            CASE NO.: 3:13-cv-00341 JST
    INGARGIOLA, on behalf of themselves and
11  all others similarly situated,

12                    Plaintiffs              **[PROPOSED] ORDER FURTHER
                                              CONTINUING THE HEARING ON
13                    v.                      ALERE HOME MONITORING, INC.'S
                                              MOTION TO DISMISS AND MOTION
14  ALERE HOME MONITORING, INC.,             TO STRIKE PORTIONS OF
                                              PLAINTIFFS' COMPLAINT
15
                      Defendant.
16

17          Based upon the California Courts of Appeal's pending decisions in *Regents of University*

18  *of California v. Superior Court,* No. B249148 and *Sutter Health v. Superior Court,* No.

19  C072591, this Court previously continued the hearing on defendant Alere Home Monitoring,

20  Inc.'s Motion to Dismiss [Docket No. 18] and Motion to Strike portions of Plaintiffs' Complaint

21  [Docket No. 16] from June 27, 2013 to October 3, 2013.  Because panel decisions have not yet

22  been issued in either Court of Appeal case,

23          IT IS HEREBY ORDERED:

24          (1) The hearing on Alere Home Monitoring, Inc.'s Motion to Dismiss [Docket No. 18]

25              and Motion to Strike portions of Plaintiffs' Complaint [Docket No. 16] is continued

26              to February 6, 2014, at 2:00 pm;

27          (2) If panel decisions in both Court of Appeal cases are issued before January 23, 2014,

28              then the parties shall simultaneously file a supplemental brief, not exceeding seven

(7) pages within seven (7) days of the second appellate court's decision in either *Regents of University of California v. Superior Court,* No. B249148 or *Sutter Health v. Superior Court,* No. C072591;

(3) If both decisions have not been issued by January 23, 2014, then the February 6, 2014 hearing will be further continued based upon stipulation of the parties, and the parties will submit a joint report to the Court by January 30, 2014, informing the Court of the status of the appellate proceedings;

(4) All discovery and further actions in the case are stayed until February 6, 2014.

Dated:  September 26, 2013

By: _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE



APPROVED

Judge Jon S. Tigar

[PROPOSED] ORDER CONTINUING HEARING DATE AND FURTHER CASE ACTION