# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FALKENBERG and STEVEN INGARGIOLA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALERE HOME MONITORING, INC.,<br><br>Defendant. | Case No. 3:13-cv-00341-JST<br><br>[PROPOSED] ORDER CONTINUING THE HEARING ON ALERE HOME MONITORING, INC'S MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT |

IT IS HEREBY ORDERED:

(1) The hearing on Alere Home Monitoring, Inc.'s Motion to Dismiss [Docket No. 18] and Motion to Strike portions of Plaintiffs' Complaint [Docket No. 16] is continued to June 5, 2014, at 2 pm;

(2) If the panel decision in *Sutter Health v. Superior Court,* No. C072591 issues before May 15, 2014, then the parties shall simultaneously file a supplemental brief, not exceeding seven (7) pages within ten (10) days of the decision;

(3) If the *Sutter* decision has not been issued by May 22, 2014, then the June 5, 2014 hearing will be further continued based upon stipulation of the parties, and the parties

- 1 -   Case No. 3:13-cv-00341-JST
[PROPOSED] ORDER CONTINUING HEARING DATE AND FURTHER CASE ACTION

1 will submit a joint report to the Court by May 29, 2014 informing the Court of the
2 status of the appellate proceedings;
3    (4) All discovery and further actions in the case are stayed until June 5, 2014.

4 Dated:  January 31, 2014

By: _____
HONORABLE JON S. TIGAR,
UNITED STATES DISTRICT COURT JUDGE

- 2 -    Case No. 3:13-cv-00341-JST
[~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND FURTHER CASE ACTION