**FILED**

MAR 2 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FALKENBERG, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>ALERE HOME MONITORING, INC.,<br>　　　　Defendant. | Case No. 13-cv-00341-JST<br><br>**MINUTE ORDER TEMPORARILY TERMINATING MOTIONS FOR ADMINISTRATIVE PURPOSES**<br><br>Re: ECF Nos. 16 & 18 |

　　　　The Clerk is directed to temporarily terminate the currently pending Motion to Dismiss and Motion to Strike, solely for administrative purposes, until such time as the California Court of Appeal issues its decision in the Sutter case. Consistent with the Court's orders continuing the hearing on these motions, see ECF No. 39, Defendant shall notify the Court when the Sutter decision issues and request that the Clerk of Court re-designate the motions as pending.

　　　　**IT IS SO ORDERED.**

Dated: 3/28/14

JON S. TIGAR
United States District Judge