UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN FALKENBERG, et al.,

        Plaintiffs,

    v.

ALERE HOME MONITORING, INC.,

        Defendant.

Case No.  13-cv-00341-JST

**ORDER VACATING MOTION HEARING**

Re: ECF Nos. 16 & 18

Before the Court is Defendant's Motion to Dismiss and Motion to Strike.  Dkt. No. 16 & 18.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for September 11, 2014, is hereby VACATED.

     **IT IS SO ORDERED**.

Dated: September 2, 2014

_____

JON S. TIGAR

United States District Judge