ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
CAREY G. BEEN (SBN 240996)
cbeen@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California  94103
Telephone:     (415) 543-1305
Facsimile:      (415) 543-7861

Jeremiah Frei-Pearson (*Pro Hac Vice*)
jfrei-pearson@fbfglaw.com
D. Greg Blankinship (*Pro Hac Vice*)
gblankinship@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
1311 Mamaroneck Avenue, Suite 220
White Plains, New York 10605
Telephone:  (914) 298-3281
Facsimile:  (914) 824-1561


*Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FALKENBERG and STEVEN INGARGIOLA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ALERE HOME MONITORING, Inc.,<br><br>Defendant. | CASE NO. 13-cv-00341-JST<br><br>**STIPULATION: (1) FOR EXTENDING BRIEFING SCHEDULE ON THE MOTION TO DISMISS AND MOTION TO STRIKE; (2) TO CONTINUE THE HEARING ON THE MOTION TO DISMISS AND MOTION TO STRIKE FROM JANUARY 8, 2015, TO JANUARY 22, 2015; AND (3) TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM JANUARY 14, 2015, UNTIL FEBRUARY 25, 2015**<br><br>Judge: Hon. Jon Tigar<br>Ctrm: 9, 19th Floor |

{00268528 }

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs John Falkenberg and Steven Ingargiola (collectively "Plaintiffs") and Defendant Alere Home Monitoring, Inc. ("Alere") agree and stipulate as follows:

**WHEREAS,** in this action, Alere filed a motion to dismiss and motion to strike, which are pending, with opposition briefs due on December 1, 2014 and reply briefs due on December 8, 2014, and the hearing currently set to take place on January 8, 2015;

**WHEREAS** counsel for Plaintiffs have a busy litigation schedule and in light of the upcoming holidays, Plaintiffs respectfully request an extension in order to meet Plaintiffs' current deadline for filing their opposition briefs (Blankinship Decl., ¶ 3);

**WHEREAS** the parties previously stipulated to extend Alere's time to respond to the complaint by six (6) weeks (*Id.* at ¶ 4);

**WHEREAS** the parties previously stipulated to extend Plaintiffs time to oppose Alere's motion to dismiss and motion to strike the complaint by approximately four (4) weeks, Alere's reply papers thereto by approximately six (6) weeks, the hearing on Alere's motion to dismiss and motion to strike by approximately four (4) weeks, and the case management conference by approximately six (6) weeks (*Id.* at ¶ 5);

**WHEREAS** this extension will not impact the case's schedule outside of the relief of the instant stipulation;

**NOW, THEREFORE,** Plaintiffs and Alere, by and through their attorneys of record, agree and stipulate that:

(1) Plaintiffs' deadline to oppose Alere's motion to dismiss and motion to strike shall be December 15, 2014;

(2) Alere's deadline to reply in support of its motion to dismiss and motion to strike shall be January 8, 2015;

(3) The hearing on Alere's motion to dismiss and motion to strike shall be continued to January 22, 2015, at 2:00 P.M.

**Pursuant to Local Rules 6-2, 7-12 and 16-2(e), Plaintiffs and Alere further agree and stipulate as follows:**

**WHEREAS** a case management conference is currently scheduled for January 14, 2015;

**WHEREAS** the parties believe that the case management conference would be more productive and beneficial if it were held at a time when the briefing on Alere's motion to dismiss and motion to strike is complete and the Court is fully apprised of the landscape of this action;

**NOW, THEREFORE,** Plaintiffs and Alere, by and through their attorneys of record, agree and stipulate that the case management conference will be continued to February 25, 2015, at 2:00 P.M., or until a date and time that is acceptable to the Court, so as to follow the hearing and decision on Alere's motion to dismiss and motion to strike. The parties will submit their joint case management statement five (5) court days prior to the new conference date, and will comply with the deadlines set forth in Fed. R. Civ. Proc. 26 as they relate to this new date.

DATED:  November 26, 2014

By:    /s/ D. Greg Blankinship_____
D. Greg Blankinship (*Pro Hac Vice*)
Jeremiah Frei-Pearson (*Pro Hac Vice*)
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP.**
1311 Mamaroneck Avenue, Suite 220
White Plains, New York 10605
Telephone:  (914) 298-3281
Facsimile:  (914) 824-1561
jfrei-pearson@fbfglaw.com
gblankinship@fbfglaw.com

Eric A. Grover (SBN 136080)
Carey G. Been (SBN 240996)
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California  94103
Telephone:     (415) 543-1305

{00268528 }

           Facsimile:    (415) 543-7861
           eagrover@kellergrover.com
           cbeen@kellergrover.com

*Counsel for Plaintiffs and the Class*

DATED:  November 26, 2014

By: __/s/ Stephanie Sheridan_____
     Stephanie Sheridan
     **SEDGWICK LLP**
     333 Bush Street, 30th Floor
     San Francisco, California 94104-2835
     Telephone: (415) 781-7900
     Facsimile: (415) 781-2635
     stephanie.sheridan@sedgwicklaw.com

*Counsel for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   November 26   , 2014      _____
                                   Judge



{00268528 }