United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN FALKENBERG, et al.,

         Plaintiffs,

    v.

ALERE HOME MONITORING, INC.,

         Defendant.

Case No.  13-cv-00341-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil

Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Telephonic Status Conference | 4/24/15 at 2:00 P.M. |
| Expert disclosures | 7/17/15 |
| Expert rebuttal | 7/31/15 |
| Expert discovery cut-off | 8/14/15 |
| Class certification motion filed | 8/28/15 |
| Opposition to class certification | 9/25/15 |
| Class certification reply | 10/23/15 |
| Class certification hearing | 11/16/15 at 2:00 p.m. |

The parties shall submit a joint agenda for the telephonic status phone conference by April

22, 2015.  The Court may set further telephonic status conferences.

1    The parties shall request a case management conference within 10 days of service of the

2  Court's class certification order.

3    Counsel may not modify these dates without leave of court.  The parties shall comply with

4  the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

5    The parties must take all necessary steps to conduct discovery, compel discovery, hire

6  counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

7  manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their

8  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

9    IT IS SO ORDERED.

10  Dated:  February 25, 2015

11

12  _____

13  JON S. TIGAR
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2