| | |
|---|---|
| **FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER LLP**<br>JEREMIAH FREI-PEARSON (*Pro Hac Vice*)<br>jfrei-pearson@fbfglaw.com<br>D. GREG BLANKINSHIP (*Pro Hac Vice*)<br>gblankinship@fbfglaw.com<br>1311 Mamaroneck Avenue<br>White Plains, New York 10605<br>Telephone: (914) 298-3281<br>Facsimile: (914) 824-1561<br><br>**KELLER GROVER LLP**<br>ERIC A. GROVER (SBN 136080)<br>eagrover@kellergrover.com<br>CAREY G. BEEN (SBN 240996)<br>cbeen@kellergrover.com<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone:  (415) 543-1305<br>Facsimile:  (415) 543-7861<br><br>Counsel for Plaintiffs<br>JOHN FALKENBERG<br>and STEVEN INGARGIOLA | **SEDGWICK LLP**<br>STEPHANIE SHERIDAN (Bar No. 135910)<br>stephanie.sheridan@sedgwicklaw.com<br>KIRK C. JENKINS (Bar No. 177114)<br>kirk.jenkins@sedgwicklaw.com<br>MEEGAN BROOKS (Bar. No. 298570)<br>meegan.brooks@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104-2835<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Counsel for Defendant<br>ALERE HOME MONITORING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FALKENBERG and STEVEN INGARGIOLA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALERE HOME MONITORING, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:13-cv-00341-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE TELEPHONIC CONFERENCE AND EXPERT DISCLOSURE DEADLINE**<br><br>Hon. Jon S. Tigar |

Pursuant to Local Rule 6-2, Plaintiffs JOHN FALKENBERG and STEVEN INGARGIOLA ("Plaintiffs") and defendant ALERE HOME MONITORING, INC. ("Defendant"), by and through their attorneys, respectfully request that the Court continue the

telephonic conference from June 26, 2015 until July 8, 2015, and the expert disclosure deadline from July 17, 2015 to July 31, 2015.

On April 24, 2015, the Court scheduled a telephonic conference for June 26, 2015. (ECF No. 70.) On February 25, 2015, the Court set the deadline for expert disclosures for July 17, 2015. (ECF 66.)

The parties have been working diligently to resolve a number of discovery disputes. They agree that, with additional time, they will likely resolve many of these disputes without involving the court. Additional time would also allow the parties to make headway on any issues that they are not able to fully resolve, which would make the telephonic conference more efficient and productive. The parties therefore ask that the telephonic conference be continued twelve days, until July 8, 2015.

The parties also request that the court continue the deadline for expert disclosures until July 31, 2015 so that the Parties can resolve discovery disputes and take additional discovery. Pursuant to Local Rule 30-1, the parties have conferred extensively about scheduling the depositions of each Plaintiff since April. However, because both Plaintiffs have health issues and because of scheduling issues, neither has yet been able to appear for a deposition (Ms. Fertig, who is not a named Plaintiff, has appeared for deposition.) The parties recently confirmed Mr. Falkenberg's deposition for July 9, 2015 via videoconference.  Mr. Ingargiola's deposition will likely not take place until the week of July 20, 2015.  The parties agree that the expert disclosure deadline should be continued until after both Plaintiffs have been deposed and the parties ask that the expert disclosure deadline be continued two weeks until July 31, 2015.

Continuing the expert disclosure deadline would push back the expert rebuttal deadline until August 14, 2015, and the expert discovery cut-off until August 28, 2015.

There have been two sets of continuances in this case since it was filed in January 2013. First, the Court continued the briefing schedule for Defendant's Motion to Dismiss and Motion to Strike. (ECF No. 21.) Second, the Court several times continued the hearing on Defendant's Motion to Dismiss and Motion to Strike until decisions were issued in two pending Court of Appeals cases. (ECF Nos. 35, 37, 39, 42.)

**WHEREAS IT IS HEREBY STIPULATED AND AGREED** by and between the parties in this action by and through their attorneys of record, and, accordingly, requested that the Court:

1. Continue the current June 26, 2015 telephonic conference date until July 8, 2015, or as soon a date thereafter as is convenient to the Court's calendar;

2. Continue the current July 17, 2015 expert disclosure deadline until July 31, 2015, or as soon a date thereafter as is convenient to the Court's calendar;

3. Continue the deadlines for the expert rebuttal and expert discovery cut-off commensurate with the new expert disclosure deadline.

Dated:  June 24, 2015          By:   /s/ *Jeremiah Frei-Pearson*
                                     Jeremiah Frei-Pearson
                                     D. Greg Blankinship
                                     FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER LLP
                                     Eric A. Grover
                                     Carey G. Been
                                     KELLER GROVER LLP
                                     *Counsel for Plaintiffs and the Putative Class*

Dated:  June 24, 2015          By:   /s/ *Stephanie Sheridan*
                                     Stephanie Sheridan
                                     Kirk Jenkins
                                     Meegan Brooks
                                     SEDGWICK LLP
                                     *Counsel for Defendant*

**Attestation**

Pursuant to Local Rule 5-1(i)(3), I, Stephanie Sheridan, attest that all other signatories listed herein, and on whose behalf this filing is being submitted, concur in this filing's content and have authorized the filing.

                               By:   /s/ *Stephanie Sheridan*

# ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the telephonic conference currently set for June 26, 2015 is rescheduled for July 8, 2015 at 2:00 p.m., and that the expert disclosure deadline is rescheduled from July 17, 2015 to July 31, 2015.

**IT IS SO ORDERED.**

DATED:   June 24, 2015

