UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FALKENBERG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALERE HOME MONITORING, INC.,<br><br>    Defendant. | Case No.  13-cv-00341-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 80 |

The parties have filed a stipulation of dismissal dated August 11, 2015.  ECF No. 80. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice as to Plaintiffs and without prejudice as to any class and/or collective allegations.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated:  August 18, 2015

_____
JON S. TIGAR
United States District Judge